

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Cause number and style:  01-15-00393-CR;
*Christopher Ernest Braughton v. State of Texas*

Date motion filed:  May 16, 2017

Party filing motion:  Appellant, Christopher Ernest Braughton

A majority of the justices of the Court have voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is denied.

Jennings, J., dissenting from the denial of en banc reconsideration.

Keyes, J., dissenting from the denial of en banc reconsideration for the reasons stated in her dissenting opinion.

Judge's signature: /s/ Harvey Brown
                                   Acting for the En Banc Court*

Date: July 20, 2017

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Lloyd.